AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>4421 OLD TROY PIKE<br>DAYTON, OHIO 45404<br>INCLUDING ALL OUTBUILDINGS AND CURTILAGE | Case No. 3:24-mj-354 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the  Southern  District of  Ohio
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B**

**YOU ARE COMMANDED** to execute this warrant on or before  June 25, 2024  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  the signatory Magistrate Judge below  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  June 11, 2024 @ 12:14 p.m.

Caroline H. Gentry
United States Magistrate Judge

City and state:  DAYTON, OHIO

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 3:24-mj-354 | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

| Inventory made in the presence of : |
|---|

| Inventory of the property taken and name(s) of any person(s) seized: |
|---|

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### LOCATION TO BE SEARCHED

**TARGET RESIDENCE:** The place to be searched is 4421 Old Troy Pike, Dayton, Ohio 45404, including any garages, vehicles, storage lockers, curtilage, cabinets, sheds, closets, or outbuildings associated with the address. 4421 Old Troy Pike is a half red brick and half yellow siding residence with one attached garage. The numbers "4421" appear in white lettering on top of a black backdrop affixed to the mailbox at the end of the driveway. Investigators have not observed "4421" on the specific structure. 4421 Old Troy Pike is further depicted in the following photograph.



## ATTACHMENT B

### PROPERTY TO BE SEIZED

The items to be searched for and seized are evidence, contraband, fruits of crime, and other items illegally possessed, as well as property designed for use, intended for use, relating to violations of unlawful distribution and possession with intent to distribute cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); maintain a drug-involved premises in violation of 21 U.S.C. § 856; along with possession of firearms by an individual previously convicted of a misdemeanor crime of domestic violence in violation of 18 U.S.C. §922(g)(9)– including:

A. Logbooks, records, payment receipts, notes, and/or customer lists, ledgers, and other papers or electronic records relating to the transportation, ordering, purchasing, processing, and distribution of controlled substances.

B. Papers, tickets, notices, credit card receipts, travel schedules, travel receipts, passports, and/or records, and other items relating to domestic and foreign travel to obtain and distribute narcotics and narcotics proceeds, including, but not limited to airline receipts, vehicle rental receipts, credit card receipts, travel schedules, diaries, hotel receipts, truck logs, travel agency vouchers, notes, records of long-distance telephone calls, e-mail and other correspondence.

C. Address and/or telephone books and papers reflecting names, e-mail and physical addresses and/or telephone numbers of individuals, partnerships, or corporations involved in drug trafficking and money laundering.

D. Financial records, financial statements, receipts, statements of accounts and related bank records, money, drafts, letters of credit, money orders and cashier's checks receipts, passbooks, bank checks, escrow documents, and other items evidencing

        the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transferring, concealment, and/or expenditure of money.

E.     Cellular telephones, electronic equipment such as surveillance video and related equipment, pagers, computers, electronic organizers, facsimile machines, caller ID, telephone answering machines, police scanners and two-way radios, money counters.

F.     United States currency, precious metals, coins, bullion, jewelry, and financial instruments, including, but not limited to stocks and bonds.

G.     Photographs and/or photographic albums or video tapes and recordings of houses and other real estate, automobiles, and of other assets, persons, and/or controlled substances.

H.     Indicia of occupancy, residency, and/or ownership of the premises and vehicles including, but not limited to utility and telephone bills, canceled envelopes, keys, deeds, tax bills, titles, and vehicle registrations.

I.     Illegal drugs, such as fentanyl and other materials, paraphernalia and/or equipment and tools used in the drug trade, including heat sealing equipment.

J.     Firearms, firearms parts and accessories, magazines and ammunition, safes, body armor, ballistic vests, whips and any weaponry designed to be concealed on, accessed or used while riding a motorcycle.

K.     Evidence of membership or affiliation with the Thug Riders Motorcycle Club (TRMC), to include any documents, photographs, patches, drawings, writings, or objects depicting TRMC related initials, logos, designs, member's names, addresses, phone numbers, initials, monikers, leadership positions, chapter

       assignments or any other item depicting potential membership, affiliation activity or identity.

L.     Indicia of residency, occupancy, control or ownership of premises, to include but not limited to, mail, deeds, leases, titles, keys, registration information, and identification cards.

M.    Evidence of past or planned criminal activity to include "green light" lists, murder/assault lists, witness or confidential informant lists, addresses and telephone number lists, law enforcement reports, rival motorcycle club lists or photographs, addresses, logos, patches.

N.    Vests, patches, shirts, hats, jewelry or similar items bearing the name, moniker, logo or insignia of the TRMC or rival motorcycle club.

O.    Documentation of firearms purchases, sales or transactions and inventory lists of firearms.